**Exhibit E**

**Infringement of Claim 1 of U.S. Patent Number 7,254,266 by Paige**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | Our aspiration is to build the best <u>AI in clinical medicine</u><br><br>**Our Strategy**<br>Our short term plan is to deliver a series of AI modules that allow pathologists to improve the scalability of their work, and thus provide better care, at lower cost. Our medium to long-term plan is **to develop prognostic tools that integrate computational pathology with electronic health records, genomic and other clinical data to provide clinicians with layers of information to better optimize patient care.**<br><br>https://paige.ai/product<br><br>Paige AI ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit E**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | <br><br>https://paige.ai/product<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br><br>https://paige.ai/product |

**Exhibit E**



https://paige.ai/product

The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm.

**Exhibit E**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | **HPC Infrastructure: AI at Scale** With our AI-Ready Infrastructure's processing power of 10 petabytes, we can operationalize our data and <u>algorithms at large scale</u>. Our techniques have been validated against the world's largest datasets in pathology.<br><br>https://paige.ai/product<br><br>The Infringing Product stores the evolving algorithm as a model and runs the stored algorithm on all the additional data to automatically classify additional images of similar type/requirement. |

Page **5** of **5**